**CLINTON v. UNITED STATES.**

No. 8955.

United States Court of Appeals
District of Columbia.

Argued May 21, 1945.

Decided June 11, 1945.

Mr. J. Flipper Derricotte, of Washington, D.C. (appointed by District Court), for appellant.

Mr. Edward M. Curran, United States Attorney, and Messrs. Charles B. Murray and Timothy P. Ansberry, Assistant United States Attorneys, all of Washington, D. C., entered appearances for appellee.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

PER CURIAM.

■ This case is before us without assignments of error. We are asked to examine the record in order to ascertain whether the evidence supports a conviction for rape. Ordinarily we will not examine a record under such circumstances. However, because the offense here involves a heavy sentence or a possible death penalty we have done so. We find that there is no reversible error and that the evidence supports the conviction.

Affirmed.